**Electronically Filed
Supreme Court
SCWC-22-0000292
05-FEB-2026
11:11 AM
Dkt. 15 OGAC**

SCWC-22-0000292

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS
CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS
TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,
Respondent/Plaintiff-Appellee,

vs.

BROOKE JULIET CARLINA RIOPTA; AMBER MEGAN RIOPTA;
and CASIE ANN RIOPTA,
Petitioners/Defendants-Appellants,

and

COUNTY OF KAUA'I – WASTEWATER MANAGEMENT,
Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000292; CAAP-23-0000108; CASE. NO. 5CC111000358)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

Petitioners Brooke Juliet Carlina Riopta, Amber Megan

Riopta, and Casie Ann Riopta's Application for Writ of Certiorari,

filed on December 12, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 5, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kevin A.K. Souza